IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:13-cv-07(WOB-JGW)

N.W., a minor child, by and through
his next friend and parents;
J.W., a parent and legal guardian
of N.W.; J.W., a parent and legal
guardian of N.W.                                                      PLAINTIFFS

VS.                         <u>JUDGMENT</u>

BOONE COUNTY BOARD OF EDUCATION;
RANDY POE, in his official capacity as the
Superintendent of Boone County Board of
Education; KAREN CHESSER, in her official
capacity as the Deputy Superintendent
of the Boone County Board of Education;
ALISSA AYERS, in her official capacity as
the Assistant Superintendent for
Learning Support Services of the Boone
County Board of Education; PAM EKLUND,
in her official capacity as Director of
Special Education of the Boone County
Board of Education; KAREN BYRD, in her
official capacity as a representative
of the Boone County Board of Education;
STEVE KINMAN, in his official capacity
as a representative of the Boone County
Board of Education; STEVE TEMPLETON,
in his official as a representative of
the Boone County Board of Education;
BONNIE RICKERT, in her official capacity
as a representative of the Boone County
Board of Education; CHARLES MASSEY,
in his official as a representative of
the Boone County Board of Education;
KENTUCKY DEPARTMENT OF EDUCATION; TERRY
HOLIDAY, in his official capacity as
the Commission of the Kentucky Department
of Education; and JOHNNY COLLETT, in his
official capacity as the Division of
Learning Services Director through the
Kentucky Department of Education.                                     DEFENDANTS

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the judgment of the Exceptional Children's Appeals Board be, and is hereby, **AFFIRMED in part and REVERSED in part.**

The Hearing Officer's finding of "stay put" **shall be reinstated.** Accordingly, the plaintiffs are awarded reimbursement for 5.5 hours per day of N.W.'s tuition at ABS, along with transportation costs, from October 31, 2011 until the end of the judicial proceedings in this Court.

The Complaint herein is stricken from the docket of this Court.

This 4th day of November, 2013.



Signed By:
*William O. Bertelsman* WOB
United States District Judge