UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CASE NO.: 2:13-CV-00007-WOB-JGW

N.W., ET AL.                      :        PLAINTIFFS
                                  :
VS.                               :
                                  :
BOONE COUNTY SCHOOLS, ET AL.      :        DEFENDANTS

## NOTICE OF APPEAL

Notice is hereby given that Boone County School District, Randy Poe, Karen Cheser, Alissa Ayers, Pam Eklund, Ed Massey, Karen Byrd, Steven Kinman, Steven Templeton, and Bonnie Rickert, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit, the District Court's decision granting stay-put relief contained in the Judgment and Memorandum Opinion and Order of November 4, 2013. Said Opinion and Order granted in part and denied in part Plaintiffs', N.W., J.W. and J.W., the parents and legal guardians of N.W., Motion for Judgment on the Administrative Record.

The Appellants are: Boone County School District, Randy Poe, Karen Cheser, Alissa Ayers, Pam Eklund, Ed Massey, Karen Byrd, Steven Kinman, Steven Templeton, and Bonnie Rickert.

The Appellees are:  J.W. and J.W., the parents and legal guardians of N.W., and N.W. The Kentucky Department of Education is named as an Appellee only to the extent that it may be a necessary party due to its participation in the proceedings below.

This Order was made final and appealable by the Judgment entered on November 4, 2013.

1

        Respectfully submitted,

**/s/ Mary Ann Stewart**
Mary Ann Stewart, Esq. (#82754)
Claire E. Parsons, Esq.   (#92934)
ADAMS, STEPNER,
WOLTERMANN & DUSING, PLLC
40 West Pike Street
Covington, Kentucky 41012-0861
(859) 394-6200
(859) 392-7200 Fax
mstewart@aswdlaw.com
cparsons@aswdlaw.com

*Attorneys for Defendants.*

## CERTIFICATE OF SERVICE

This is to certify that on the **20th** day of November, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:  Marianne Chevalier, Karen Ginn, David Wickersham, and Claire E. Parsons.

**/s/ Mary Ann Stewart**
Mary Ann Stewart

1014784.1

2